## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Peter Schoengrund, on behalf of himself and all others similarly situated, | Civil File No. 05-cv-2808 MJD/AJB |
| Plaintiff, | |
| vs. | **ORDER** |
| National Credit Services, Inc. d/b/a Northland Credit Control, | |
| Defendant. | |

## ORDER FOR JUDGMENT OF DISMISSAL

**IT IS HEREBY ORDERED** that judgment shall be entered dismissing the Complaint on its merits with prejudice and without costs, disbursements or attorney's fees to any party.

**IT IS FURTHER ORDERED** that there being no just reason for delay **JUDGMENT SHALL BE ENTERED ACCORDINGLY.**

                                                           **BY THE COURT**

Dated: September 5, 2006                        s / Michael J. Davis
                                                            The Honorable Michael J. Davis
                                                             Judge of United States District Court