UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Nancy Salschneider,                               Case No. 0:05-00235-MJD-SRN

    Plaintiff,

v.

Kohl's Department Store,

    Defendant and
    Third-Party Plaintiff,

v.

Woodbury Village Shopping Center Limited
Partnership and Woodbury Village Shopping
Center Corporation,

    Third-Party Defendants.

---

## *ORDER FOR DISMISSAL*

---

Pursuant to the Stipulation of the parties, the above-entitled action is hereby dismissed with prejudice and without costs to any party and judgment may be entered accordingly forthwith.

BY THE COURT:

Dated: September 5, 2006        s / Michael J. Davis
                                                Michael J. Davis
                                                Judge of U.S. District Court